Argued March 17, affirmed May 7, 1970

EBARB, *Appellant, v.*
CUPP, *Respondent.*

468 P2d 905

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Sanderson, Assistant Attorney General, Jacob B. Tanzer, Solicitor General, and Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and BRANCHFIELD, Judges.

PER CURIAM

The petitioner was originally sentenced to a life sentence under one conviction, to run concurrently with a 20-year sentence imposed under another conviction. The life sentence was vacated in post-conviction proceedings and thereafter the petitioner was re-sentenced to a 15-year term under that conviction to run consecutively rather than concurrently with the 20-year sentence previously imposed under the other conviction.

The sole question presented on appeal is if an erroneous sentence imposed to run concurrent to another sentence is later vacated, may the sentence imposed to replace the vacated sentence be imposed to run consecutively?

As the petitioner concedes, this precise question has been answered in the affirmative by the Oregon Supreme Court in *Froembling v. Gladden*, 244 Or 314, 417 P2d 1020 (1966).

Affirmed.